19 So.2d 853

**John GILLIS v. CITY OF MOBILE.**

1 Div. 495.

Court of Appeals of Alabama.
Aug. 22, 1944.

Violating city ordinance, reckless driving.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

17 So.2d 185

**B. F. GLADNEY v. CITY OF RUSSELLVILLE.**

8 Div. 381.

Court of Appeals of Alabama.
Jan. 20, 1944.

PER CURIAM.
Appeal dismissed, want of prosecution.

11 So.2d 880

**James GODWIN v. STATE.**

7 Div. 695.

Court of Appeals of Alabama.
Jan. 19, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

12 So.2d 871

**Fannie Mae GREEN v. STATE.**

8 Div. 336.

Court of Appeals of Alabama.
March 16, 1943.

W. L. Almon, of Florence, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

14 So.2d 913

**Wesley GROCE v. STATE.**

7 Div. 747.

Court of Appeals of Alabama.
June 30, 1943.

Chas. F. Douglas, of Anniston, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

PER CURIAM.
Appeal dismissed.

13 So.2d 897

**Chappel HACKETT v. STATE.**

6 Div. 973.

Court of Appeals of Alabama.
May 11, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.